LEWIS VOLLMER HOOVER, PROPONENT-RESPONDENT, v. AMELIA HOOVER, ET ALS., CAVEATRICES-PETITIONERS.

See same case below: 21 *N. J. Super.* 323.

*Messrs. Durand, Ivins & Carton* for the petitioners.

*Messrs. Parsons, Labreque, Canzona & Combs, Messrs. Birdsall & Madigan,* and *Mr. Thomas J. Smith* for the respondent.

January 19, 1953. Denied.

DOROTHY MILLER, PETITIONER-PETITIONER, v. BILL MILLER'S RIVIERA, INC., RESPONDENT-RESPONDENT.

See same case below: 21 *N. J. Super.* 112.

*Mr. Joseph Lieberman* and *Messrs. Greenbaum & Greenbaum* for the petitioner.

January 19, 1953. Denied.